Case 2:06-cv-01084-DWA   Document 21   Filed 05/09/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY LEE ADAMS, individually and on behalf of all others similarly situated, | CLASS ACTION |
| Plaintiff, | Honorable Donetta W. Ambrose |
| v. | Civil Action No. 2:06-CV-1084 |
| GENERAL AMERICAN LIFE INSURANCE COMPANY, a Missouri corporation, | |
| Defendant. | |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)

The parties to this action hereby stipulate, pursuant to Federal Rules of Civil Procedure 41(a) and in accordance with the provisions of Rule 23(e), to the dismissal of this action without prejudice as to Plaintiff and all putative members of the Class proposed by Plaintiff's Class Action Complaint filed in this action. The parties further stipulate that the statute of limitations was tolled, including all statutory and equitable tolling principles, from the date of filing of this action on August 15, 2006, through the date of filing of this stipulation in this action on May 9, 2007 as to the individual and class claims of Plaintiff and the putative members of the Class proposed by Plaintiff's Class Action Complaint filed in this action; provided, however, that this stipulation is not intended to nor shall be construed to revive any claim that was barred prior to the filing of this action on August 15, 2006.

SPECTER SPECTER EVANS
& MANOGUE, P.C.

By: _____
Joseph N. Kravec, Jr., Esquire
(Pa. I.D. #68992)

The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
(412) 642 2300

5/10/07

Granted
Donetta F. Ambrose

MCCARTER & ENGLISH, LLP

By: _____
B. John Pendleton, Jr., Esquire

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2052

*ATTORNEYS FOR DEFENDANT*